# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WISCONSIN

ARRIEONA BEAL,

       Plaintiff,

         v.

ARMSTRONG CONTAINERS, INC., *et al.*,

       Defendants.

                    CASE NO. 22-cv-00378-PP

**DISCLOSURE STATEMENT OF DEFENDANT ATLANTIC RICHFIELD COMPANY**

The undersigned, counsel of record for Defendant Atlantic Richfield Company, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1.

Atlantic Richfield Company's parent corporation is BP America, Inc., an indirectly wholly-owned subsidiary of BP p.l.c., a publicly held company. BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

The following law firms will appear as counsel for Atlantic Richfield Company: Arnold & Porter Kaye Scholer LLP and Godfrey & Kahn, S.C.

Dated: April 14, 2022         Respectfully submitted,

                    By:   */s/ Anthony S. Baish*
                          Daniel T. Flaherty (State Bar No. 1011357)
                          Anthony S. Baish (State Bar No. 1031577)
                          GODFREY & KAHN, S.C.
                          833 East Michigan Street, Suite 1800
                          Milwaukee, WI 53202-5 6 I 5
                          414-273-3500
                          dflaherty@gklaw.com
                          tbaish@gklaw.com

Sean Morris
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
213-243-4000
sean.morris@arnoldporter.com

William H. Voth
Matthew D. Grant
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
212-836-8000
william.voth@arnoldporter.com
matthew.grant@arnoldporter.com

*Attorneys for Defendant Atlantic Richfield Company*